JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED AFRICA-ASIAN ABILITIES CLUB; ANNA MARIE WIGGINS;<br><br>Plaintiffs,<br><br>v.<br><br>NK FELIZ ENTERPRISES, L.P.<br><br>Defendant. | Case No. 2:20-CV-07833-AB (JEMx)<br><br>**ORDER DISMISSING CIVIL ACTION** |

THE COURT having been advised by counsel that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **45 days,** to re-open the action if settlement is not consummated. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated: December 23, 2020   _____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

1.